IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KELVIN D. PEACOCK, #187 315, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:18-CV-151-RAH-JTA |
| | ) |
| JAMES JACKSON, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On November 3, 2020, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. 80.) Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and this case be and is hereby DISMISSED as follows:

1. The Defendants' Motion for Summary Judgment (Docs. 38, 39, 49) is GRANTED.

2. Judgment is GRANTED in favor of the defendants.

3. This case is DISMISSED with prejudice.

4. No costs are taxed.

A separate Final Judgment will be entered.

DONE, this 18th day of December, 2020.

                                       /s/ R. Austin Huffaker, Jr.
                                       R. AUSTIN HUFFAKER, JR.
                                       UNITED STATES DISTRICT JUDGE